IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLANET TECHNOLOGIES, INC., | CASE NO. 1:23-CV-07071 |
| Plaintiff, | HON. VIRGINIA M. KENDALL |
| vs. | |
| PLANET TECHNOLOGY LLC and PEG HOLDCO, INC. d/b/a THE PLANET GROUP, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**JOINT MOTION FOR EXTENSION OF DEADLINES**

Plaintiff Planet Technologies, Inc. ("Plaintiff" or "PTI"), and Defendants Planet Technology LLC and PEG Holdco, Inc. d/b/a The Planet Group ("Defendant" or ("PTLLC"), respectfully jointly move the Court to extend the deadlines in this matter by 60 days. This is the Parties' first request for an extension.

Good cause exists for the extension because counsel for the parties have focused their time over the past three months negotiating a settlement. The parties believe they are close to agreeing on a final settlement, but the settlement likely will not be finalized before August 30, 2024, the deadline for the close of fact discovery. Moreover, if the parties are unable to reach an agreement resolving the case, additional time is needed to complete discovery.

Accordingly, the Parties respectfully request that the Court extend the deadline for the close of fact discovery by 60 days, to October 29, 2024. Further, for the same reasons, the Parties jointly request that the Fact Discovery Status hearing

1

currently scheduled for September 11, 2024, also be continued until a date after October 29, 2024, and that expert and dispositive motion deadlines be similarly extended as follows:

> Expert disclosure deadline: extended from 10/1/24 to 12/2/24
>
> Rebuttal expert disclosure deadline: extended from 12/6/24 to 2/6/25
>
> Expert deposition deadline: extended from 1/31/25 to 3/31/25
>
> Dispositive motions deadline: extended from 3/28/25 to 5/28/25

The parties will also be jointly moving to continue to the settlement conference scheduled in this matter for September 11, 2024 by 60 days as well.

Respectfully submitted this 26th day of August, 2024.

By: */s/ Steven Barentzen* (with permission)
    Steven Barentzen
    Law Office of Steve Barentzen
    1101 30th Street, NW, Suite 500
    Washington, DC 20007
    Telephone: (202) 289-4333

*Counsel for Plaintiff Planet Technologies, Inc.*

By: */s/ Nicole M. Prefontaine*
    David J. Marr
    James P. Murphy
    Nicole Prefontaine
    Clark Hill PLC
    130 E. Randolph Street, Suite 3900
    Chicago, Illinois 60601

    Telephone: (312) 985-5900
    Facsimile: (312) 985-5999

*Of Counsel*:
J. Alexander Hershey
(*Pro Hac Vice* forthcoming)
Clark Hill, PLC
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555

*Counsel for Defendants*
*Planet Technology LLC and*
*PEG Holdco, Inc. d/b/a The Planet*
*Group*