**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Planet Technologies, Inc.
                           Plaintiff,

v.                                                    Case No.: 1:23–cv–07071
                                                           Honorable Virginia M. Kendall

Planet Technology LLC, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 28, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall: Joint Motion For Extension Of Deadlines [32] is granted. The Court adopts the amended schedule as outlined in the parties' Joint Motion [32]. End of Fact Discovery Ordered closed by 10/29/2024. End of Fact Discovery Status hearing set for 9/11/2024 is stricken and reset to 11/5/2024 at 9:30 AM. Expert Disclosure deadline is 12/2/2024; Rebuttal Expert Disclosure deadline is 2/6/2025; Expert deposition deadline is 3/31/2025. Dispositive Motions shall be filed by 5/28/2025. Motion hearing set for 9/4/2024 is stricken. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.