# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Planet Technologies, Inc.
                                        Plaintiff,

v.                                                Case No.: 1:23–cv–07071
                                                          Honorable Virginia M. Kendall

Planet Technology LLC, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 28, 2024:

      MINUTE entry before the Honorable M. David Weisman: In light of the district court's 8/28/24 order granting the parties' motion for extension of deadlines and the parties' representation that they are actively negotiating settlement and believe they are close to agreement, the parties' motion for a continuance of the 9/11/24 settlement conference [34] is granted. The settlement conference set for 9/11/24 is stricken. Status hearing is set for 9/26/24 at 9:15 a.m. Joint status report due by noon on 9/24/24 setting forth whether the parties request another date for a settlement conference. If the parties decide prior to 9/26/24 that they want to schedule another settlement conference, they shall promptly file a motion before the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.